UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> R.B. PAMPLIN CORPORATION, <br><br> Defendant, <br><br> v. <br><br> WASHINGTON TRUST BANK, <br><br> Garnishee. | Case No. MC19-0039RSL <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Applicant Affidavit for Writ of Garnishment" for property in which the defendant/judgment debtor, R.B. Pamplin Corporation, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Washington Trust Bank. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the attached Writ of Garnishment.

Dated this 22nd day of March, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge