UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, *et al.*,

   Plaintiffs,

 v.

R.B. PAMPLIN CORPORATION,

   Defendant,

WASHINGTON TRUST BANK,

   Garnishee.

NO. MC19-0039RSL

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE ANSWER

## JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Operating Engineers' Health and Welfare Trust Fund for Northern California, et al. |
| Judgment Debtor: | R.B. Pamplin Corporation |
| Garnishee Defendant: | Washington Trust Bank |
| Garnishment Judgment Amount: | $5,503.35 |
| Fees and Costs Judgment Amount: | $ 137.00 |
| Attorney for Judgment Creditor: | Noelle E. Dwarzski |
| | McKenzie Rothwell Barlow & Coughran, P.S. |

IT APPEARING that Judgment Creditor has a judgment unsatisfied against Judgment Debtor D.J. Mechanical, Inc., in the nonexempt amount of $291,541.42; that Judgment Creditor has incurred $137.00 in costs and attorney fees in this garnishment action; that Garnishee holds funds of the Judgment Debtor in the sum of $5,503.35; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee's answer thereto; and that the Writ of Garnishment and Application for Writ of Garnishment including a copy of the underlying judgment were served upon the Judgment Debtor by certified mail; now, therefore, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The Clerk of Court shall enter judgment in favor of Plaintiff/ Judgment Creditor and against Garnishee in the amount of $5,503.35, such funds to be first applied in satisfaction of the costs and fees taxable herein.

2. Garnishee shall pay its judgment amount to the Registry of the Court, and, upon such payment, the Clerk of the Court shall enter full satisfaction of judgment against the Garnishee and shall draw a check on the funds on deposit in the principal amount of $5,503.35, plus all accrued interest, minus any statutory user fees, payable to Judgment Creditor, c/o McKenzie Rothwell Barlow & Coughran, P.S., 1325 Fourth Ave., Suite 910, Seattle, WA 98101, and mail or deliver the check to McKenzie Rothwell Barlow & Coughran, P.S., ATTN: Noelle E. Dwarzski.

//

3. Judgment Creditor shall have judgment against the Judgment Debtor for attorneys' fees and costs in this garnishment action in the sum of $137.00; said sum shall be added to Judgment Creditor's prior judgment against Judgment Debtor.

4. Upon receipt of the above-mentioned payment, Judgment Creditor's attorney shall cause an appropriate satisfaction of judgment to be filed as to the principal Defendant/Judgment Debtor.

Dated this 30th day of April, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
Unites States District Judge

ORDER DIRECTING ENTRY OF
JUDGMENT - Page 3